the Board and cross-petition to review and set aside the order which is reported at 203 NLRB No. 46. The Board found that the Company had violated Section 8(a)(1) of the Act by coercively interrogating employees about their own and other employees' union activities and by threatening job loss if employees chose union representation.

Upon consideration of the record as a whole, we are of the opinion that substantial evidence supports the finding as to violation of Section 8(a)(1), though we find no coercive interrogation in the conversations between foreman Simpson and employee Clark or supervisor Whittle and employee Rigsby which were relied upon in part by the Administrative Law Judge and the Board.

It is therefore ordered that enforcement of the Board's order is granted.

Before BOREMAN, Senior Circuit Judge, and WINTER and WIDENER, Circuit Judges.

PER CURIAM:

Nelson James Lewis, then seventeen years old, was tried and convicted as an adult in the Corporation Court of the City of Charlottesville, Virginia, after he had been committed to the Department of Welfare and Institutions by the Juvenile and Domestic Relations Court of the City of Charlottesville. Lewis filed his petition in the district court for a writ of habeas corpus and the court granted the writ, holding that the trial and conviction of Lewis as an adult in the Corporation Court was in violation of the Fifth Amendment prohibition against double jeopardy.[1]

Upon consideration of the record, briefs and arguments of counsel we affirm on the opinion of the district court.

Affirmed.

**Nelson James LEWIS, Appellee,**

v.

**James F. HOWARD, Director, and K. R. Purvis, Supt., Southampton Farm, Appellants.**

**No. 74–1568.**

United States Court of Appeals, Fourth Circuit.

Argued Oct. 4, 1974.

Decided Nov. 4, 1974.

Robert E. Shepherd, Jr., Asst. Atty. Gen., Virginia (Andrew P. Miller, Atty. Gen., Virginia, on brief), for appellants.

L. B. Chandler, Jr., Charlottesville, Va. (Chandler & Huff, Charlottesville, Va., on brief), for appellee.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ignacio MANJARRES–ARCE, Defendant-Appellant.**

**No. 74–1589.**

United States Court of Appeals, Ninth Circuit.

Aug. 23, 1974.

Certiorari Denied Jan. 13, 1975.
See 95 S.Ct. 788.

Frank M. Mangan (argued), Federal Defenders, Inc., San Diego, Cal., for defendant-appellant.

William A. Bower, Asst. U. S. Atty., (argued), San Diego, Cal., for plaintiff-appellee.

1. Lewis v. Howard, 374 F.Supp. 446 (D.C.W.D.Va.1974).